# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Oklahoma Firefighters Pension and Retirement System,
*individually and on behalf of all others similarly situated*

                              Plaintiff,

      -against-                                 16 **CIVIL** 8260 (PAE)

## **JUDGMENT**

Xerox Corporation, Ursula M. Burns, Luca Maestri,
Kathryn A. Mikells, Lynn R. Blodgett, Robert K.
Zapfel, David H. Bywater, and Mary Scanlon,

                             Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 20, 2018, Defendants' motions to dismiss dkts. 59, 65 is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          March 23, 2018

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**